No. 92–378. VORWALD v. RIVER FALLS SCHOOL DISTRICT ET AL. Sup. Ct. Wis. Certiorari denied.

No. 92–381. KING ET UX. v. KING. Sup. Ct. Ky. Certiorari denied.

No. 92–388. ANDERSON ET AL. v. CONTINENTAL STEEL CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–394. WILLIAMS v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 92–404. SHEET METAL WORKERS UNION LOCAL 38 INSURANCE AND WELFARE FUND ET AL. v. AETNA CASUALTY & SURETY CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–431. SAFIR v. PRUDENTIAL INSURANCE COMPANY OF AMERICA ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–437. LUGO v. BARR, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–441. JENKINS ET AL. v. DAVIDON ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–442. MICHELSON v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 92–455. KNOX COUNTY SCHOOL SYSTEM v. BABB ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–461. HANNER v. STONE, SECRETARY OF THE ARMY. C. A. 6th Cir. Certiorari denied.

No. 92–473. MORRIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–491. BRISTER, INDIVIDUALLY AND AS NATURAL TUTOR AND ADMINISTRATOR OF THE ESTATE OF HIS MINOR CHILD, BRISTER, ET AL. v. UNION TEXAS PETROLEUM CORP. C. A. 5th Cir. Certiorari denied.